

James C. Bailey
jcb@becounsel.com

November 27, 2019

**VIA ECF/PACER**

Hon. Paula Xinis
United States District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re:    **Notice of Appeal, ECF No. 39**

Dear Judge Xinis:

      We write to the Court regarding the notice of appeal filed by Michael Buesgens on November 25, 2019. *See* ECF No. 39. Plaintiff Thuy-Ai Nguyen and her counsel wish to notify the Court that neither Plaintiff nor her counsel have any connection to, or knowledge of, Mr. Buesgens. Frankly, neither Plaintiff nor her counsel have any idea who Mr. Buesgens is or why he is attempting to file documents in this case.

      Based on brief research, it appears Mr. Buesgens attempts to file intervenor papers in federal lawsuits throughout the country in cases to which he has no connection. *See e.g. Buesgens v. Jacobs, et al.*, Case No. 2:17-mc-00051-JPS, ECF No. 3 (E.D. Wisc. Jan. 31, 2018) (noting Mr. Buesgens' "unrelenting campaign of frivolous filings across the country"), *Equal Employment Opportunity Commission v. Advanced Home Care, Inc.*, Case No. 1:17-cv-00646, ECF No. 39 (M.D.N.C. June 28, 2019) (noting that "Buesgens is a serial litigant who frequently files frivolous actions in federal courts and is subject to a nationwide injunction based on his extensive history of frivolous filings"), *Buesgens v. Brown*, 567 F. Supp. 2d 26, 29 n.1 (D.D.C. 2008) (describing Buesgens as a "serial litigant"). Apparently, Mr. Buesgens' country-wide, frivolous filings have caused one District Judge to issue a nationwide injunction against Mr. Buesgens from filing any further documents in any federal court. *See Buesgens v. Travis County, Texas, et al.*, Case No. 1:07-cv-00427-SS, ECF No. 4 (W.D. Texas June 21, 2007).



   Plaintiff and her counsel, therefore, wish to make clear to the Court that they have no connection to Mr. Buesgens and have never had any communications with him. As such, Plaintiff is confident that Mr. Buesgens' unwelcome intrusion will not prejudice her case.

             Sincerely,


             James C. Bailey